FILED
July 31, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___M. Trujillo___
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | EP-21-CV-173-KC |
| § | |
| STATE OF TEXAS AND GREG § | |
| ABBOTT, in his official capacity as § | |
| Governor of the State of Texas, § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court considered the United States of America's Complaint and Emergency Motion for a Temporary Restraining Order or Preliminary Injunction filed in this case. ECF Nos. 1, 3. Upon due consideration, the parties are **ORDERED TO APPEAR**, in person, for a hearing on the United States government's Emergency Motion on **Monday, August 2, 2021, at 2:00 p.m. Mountain Time** in Courtroom, Room 522 of the Albert Armendariz, Sr., United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

**SO ORDERED**.

**SIGNED** on this 31st day of July, 2021.

_/s/ Kathleen Cardone_
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE