UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT, in<br>his official capacity as Governor of Texas,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§   Case No. 3:21-cv-173-KC<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF PAGE LIMITS**

Before the Court is Defendants State of Texas and Governor Greg Abbott's Unopposed Motion for Leave to File Response in Excess of Page Limits. Having considered the motion and all of the pleadings in the case, the Court is of the opinion it has merit and should be GRANTED.

It is therefore ORDERED that Defendants be granted leave to file their Response in Opposition to Plaintiff's Motion for a Temporary Restraining Order in excess of the page limit.

Signed this _____ day of August, 2021.

_____
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT COURT JUDGE