# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL CAUSE NO. EP-21-CV-173-KC** |
| | § | |
| **STATE OF TEXAS AND GREG** | § | |
| **ABBOTT, in his official capacity as** | § | |
| **Governor of the State of Texas,** | § | |
| | § | |
|   Defendants. | § | |

## ORDER

On this day, the Court considered the parties Joint Motion for Clarification, ECF No. 24. Upon due consideration, the Motion is **GRANTED** in part.

It is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 65, the parties may **PRESENT** relevant evidence and legal argument at the Preliminary Injunction Hearing.

**IT IS FURTHER ORDERED** that, <u>on or before August 11, 2021, at 5:00 p.m. Mountain Time,</u> the parties shall each **FILE** with the Court a list of all witnesses expected to be called, with a brief summary of the testimony of each. As to any expert witness, the parties shall provide a statement of the area of expertise, attaching a curriculum vitae, if available, and the opinion to be expressed with a brief summary of the basis for the opinion.

**IT IS FURTHER ORDERED** that <u>on or before August 11, 2021, at 5:00 p.m. Mountain Time,</u> the parties shall each **FILE** with the Court an Exhibit List of any evidence expected to be introduced.

**IT IS FURTHER ORDERED** that no witness shall be permitted to testify, and no exhibit shall be admitted, other than those listed in compliance with this Order absent good cause shown.

**SO ORDERED**.

SIGNED this 9th day of August, 2021.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE