# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL CAUSE NO EP-21-CV-173-KC |
| STATE OF TEXAS AND GREG ABBOTT, in his official capacity as Governor of the State of Texas, | § § § § § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered motions for admission pro hac vice filed by Eric Rassbach and Lori Windham. Pursuant to this Court's January 6, 2014, Order regarding Pro Hac Vice Fees, if an attorney not admitted to the bar of this Court who has previously appeared before this Court pro hac vice "wishes to practice in this Court in subsequent matters, then the full and complete admissions requirements as set forth in Local Court Rule AT-1 must be met."[1]

The Court's records reflect that the above-named attorneys have both appeared pro hac vice before this Court in a prior case. Accordingly, to appear in this case, they must comply fully with the admissions requirements set forth in Local Court Rule AT-1.

It is therefore **ORDERED** that the Motions, ECF Nos. 26, 27, are **GRANTED** in part. Attorneys Rassbach and Windham shall apply for admission to practice before the United States District Court for the Western District of Texas **on or before September 22, 2021**, and diligently pursue such application until they are either admitted to practice before this Court or denied admission. Failure to apply and pursue admission will result in removal from the case.

---

[1] The Court's Order re: Pro Hac Vice Fees may be found at https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/District/Order%20Regarding%20Pro%20Hac%20Vice%20Fees.pdf. Local Court Rule AT-1 may be found at https://www.txwd.uscourts.gov/court-information/lcr-attorney-rules/index.html.

In the interim, the above-named attorneys may appear pro hac vice until they are either admitted to practice before this Court, denied admission, or removed for failure to comply with this Order.

**SO ORDERED**.

**SIGNED** on this 11th day of August, 2021.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE