# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT, in his official capacity as Governor of Texas,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§  Case No. 3:21-cv-173-KC<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANTS' WITNESS LIST FOR
## HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to the Court's Order entered August 9, 2021 (ECF 25), Defendants the State of Texas and Greg Abbott, in his official capacity as Governor of Texas ("State Defendants"), hereby submit the following list of witnesses for the August 13, 2021, hearing on Plaintiffs' Motion for Preliminary Injunction.

| WITNESS | DESCRIPTION OF TESTIMONY |
|---|---|
| Dr. Victor Treviño (either by declaration or live) | Laredo Health Authority testifying about COVID and immigration issues in Laredo, as explained in his declaration |
| Richard F. Cortez (by declaration) | Hidalgo Count Judge testifying about COVID and immigration issues in Hidalgo County, as explained in his declaration |
| Joel Villarreal (by declaration) | Sergeant La Joya Police Department who has provided a declaration and records that address COVID and immigration issues in La Joya |
| Any witnesses called by the plaintiff | |

| | |
|---|---|
| Date: August 11, 2021 | Respectfully submitted. |
| | |
| KEN PAXTON | /s/ Patrick K. Sweeten |
| Attorney General of Texas | PATRICK K. SWEETEN |
| | Deputy Attorney General for Special Litigation |
| BRENT WEBSTER | Tx. State Bar No. 00798537 |
| First Assistant Attorney General | |
| | WILLIAM T. THOMPSON |
| JUDD E. STONE II | Deputy Chief, Special Litigation Unit |
| Solicitor General | Tx. State Bar No. 24088531 |
| Tx. State Bar No. 24076720 | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | judd.stone@oag.texas.gov |
| | patrick.sweeten@oag.texas.gov |
| | will.thompson@oag.texas.gov |

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on August 11, 2021, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN