# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. EP-21-CV-173-KC |
| | § | |
| **STATE OF TEXAS AND GREG ABBOTT, in his official capacity as Governor of the State of Texas,** | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. On August 3, 2021, this Court entered a Temporary Restraining Order enjoining Defendants, their agents, officers, and employees, and all other persons and entities in active concert or participation with them, from enforcing Executive Order No. GA-37. ECF No. 18. As set out at the hearing held on this day, the Court has extended the restraining order for a period of fourteen days.

Accordingly, it is hereby **ORDERED** that the Temporary Restraining Order, ECF No. 18, **SHALL REMAIN IN FULL FORCE AND EFFECT** for an additional fourteen (14) days until the 27th day of August, 2021.

**SO ORDERED**.

SIGNED this 13th day of August, 2021.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE