# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL CAUSE NO. EP-21-CV-173-KC |
| STATE OF TEXAS AND GREG ABBOTT, in his official capacity as Governor of the State of Texas, | § | |
| Defendants. | § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. As set out at the preliminary injunction hearing held on this day, it is hereby **ORDERED** that the United States of America **SHALL FILE** a proposed preliminary injunction order **on or before August 20, 2021**. Defendants may file a proposed order to deny the request for the preliminary injunction on or before that date if they so wish.

**IT IS FURTHER ORDERED** that the United States of America **SHALL FILE** its Response to Defendants State of Texas and Greg Abbott's Motion to Transfer Venue, ECF No. 35, along with a proposed order **on or before August 19, 2021**. Defendants may file a supplement to their proposed order on their Motion on or before August 20, 2021 if they so wish.

**SO ORDERED**.

SIGNED this 13th day of August, 2021.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE