# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> THE STATE OF TEXAS; GREG ABBOTT, in § <br> his official capacity as Governor of Texas, § <br> § <br> Defendants. § | Case No. 3:21-cv-173-KC |

## NOTICE OF FILING

Defendants the State of Texas and Greg Abbott, in his official capacity as Governor of Texas, hereby submit a copy of the material presented by Defendants' counsel during the hearing on Plaintiff's Motion for Preliminary Injunction held August 13, 2021.

| | |
|---|---|
| Date: August 13, 2021 | Respectfully submitted. |
| | |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| | WILLIAM T. THOMPSON |
| JUDD E. STONE II<br>Solicitor General<br>Tex. State Bar No. 24076720 | Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>judd.stone@oag.texas.gov<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov |
| | **COUNSEL FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I certify that on August 13, 2021, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN