UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT, in his official capacity as Governor of Texas,<br><br>Defendants. | Case No. 3:21-cv-173-KC |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Defendants the State of Texas and Governor Greg Abbott respectfully request a 45-day extension of time to file a responsive pleading to Plaintiff's Complaint. The deadline is currently set for August 26, 2021. A 45-day extension would extend the deadline to Monday, October 11, 2021. *See* Fed. R. Civ. P. 6(a)(1)(C).

The extension is not sought for purposes of delay.

The undersigned counsel conferred with counsel for Plaintiff, and they have represented that Plaintiff does not oppose the requested extension.

Based on the foregoing, the State and Governor Abbott respectfully request that their unopposed motion for an extension of time be granted.

| | |
|---|---|
| Date: August 20, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ *Patrick K. Sweeten*<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation |
| BRENT WEBSTER<br>First Assistant Attorney General | Tx. State Bar No. 00798537 |
| | WILLIAM T. THOMPSON |
| JUDD E. STONE II<br>Solicitor General<br>Tx. State Bar No. 24076720 | Deputy Chief, Special Litigation Unit<br>Tx. State Bar No. 24088531 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>judd.stone@oag.texas.gov<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov |
| | COUNSEL FOR DEFENDANTS |

### CERTIFICATE OF CONFERENCE

I certify that, on August 19–20, 2021, counsel for Defendants conferred by email with conferred with Plaintiff's counsel, who represented that Plaintiff does not oppose this motion.

/s/ *Patrick K. Sweeten*
PATRICK K. SWEETEN

### CERTIFICATE OF SERVICE

I certify that on August 20, 2021, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/ *Patrick K. Sweeten*
PATRICK K. SWEETEN