# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF TEXAS and GREG ABBOTT, in his official capacity as Governor of the State of Texas,<br><br>Defendants. | Case No. 3:21-cv-173-KC |

## NOTICE OF FILING

Pursuant to the Court's August 13, 2021 Order, ECF No. 41, Plaintiff, the United States of America, respectfully submits the attached proposed preliminary injunction order pertaining to its Emergency Motion for a Temporary Restraining Order or Preliminary Injunction, ECF No. 3.

Date: August 20, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ *Michael J. Gerardi*
JOSHUA M. KOLSKY (DC Bar 993430)
ZACHARY A. AVALLONE

1

STEPHEN EHRLICH
MICHAEL J. GERARDI
ANTONIA KONKOLY
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel: (202) 616-0680
Fax: (202) 616-8470
E-mail: michael.j.gerardi@usdoj.gov

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served on the other parties to this action and their counsel of record through electronic filing in the Court's ECF system on August 20, 2021.

<u>/s/ *Michael J. Gerardi*</u>
Michael J. Gerardi