## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT, in his official capacity as Governor of Texas,<br><br>  Defendants. | § § § § § § § § § § § § § § | Case No. 3:21-cv-173-KC (Consolidated) |
| ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; FIEL HOUSTON,<br><br>  Consolidated Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY,<br><br>  Consolidated Defendants. | § § § § § § § § § § § § § § § § § | Case No. 3:21-cv-00178-KC |

### CONSOLIDATED DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Consolidated Defendants Greg Abbott, in his official capacity as Governor of Texas, and Steven McCraw, in his official capacity as Director of the State of Texas Department of Public Safety, respectfully request an extension of time until October 11, 2021, to file a responsive pleading to Consolidated Plaintiffs' Complaint. The deadline is currently set for August 31, 2021.

On August 26, 2021, this Court consolidated *Annunciation House v. Abbott*, No. 3:21-cv-178-KC, with *United States v. Texas*, No. 3:21-cv-173-KC. ECF 51.

In *United States v. Texas*, Defendants' responsive pleading is due October 11, 2021. Establishing a uniform deadline for both complaints in this consolidated case would promote judicial efficiency and avoid the waste of party resources.

The undersigned counsel conferred with counsel for Consolidated Plaintiffs, and they have represented that Plaintiffs do not oppose the requested extension.

Based on the foregoing, Governor Abbott and Director McCraw respectfully request that their unopposed motion for an extension of time be granted.

| | |
|---|---|
| Date: August 30, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tx. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tx. State Bar No. 24088531 |
| JUDD E. STONE II<br>Solicitor General<br>Tx. State Bar No. 24076720 | |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>judd.stone@oag.texas.gov<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov |
| | COUNSEL FOR DEFENDANTS |

### CERTIFICATE OF CONFERENCE

I certify that, on August 30, 2021, counsel for Consolidated Defendants conferred by email with Consolidated Plaintiffs' counsel, who represented that Consolidated Plaintiffs "take no position on the motion for extension of time." Consolidated Plaintiffs neither support the motion nor oppose it.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN

### CERTIFICATE OF SERVICE

I certify that on August 30, 2021, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN