UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; FIEL HOUSTON<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas; and STEVEN MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety<br><br>Defendants. | Case No. 3:21-cv-00178 |

## PROPOSED ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

Upon due consideration of Plaintiffs' motion for preliminary injunction, the Court hereby **GRANTS** Plaintiffs' motion and orders as follows:

1. Texas Executive Order GA-37 is preliminarily enjoined in its entirety pending final judgment in this case.

2. Defendants Gregory Abbott and Steven McCraw and their agents, employees, and anyone working in concert with them, including all officers of the Texas Department of Public Safety, shall not take any action to enforce Executive Order GA-37 in any manner whatsoever while this injunction remains in effect.

DATED: _____        _____
                                UNITED STATES DISTRICT COURT JUDGE

1