# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>STATE OF TEXAS; and GREG ABBOTT, in his official capacity as Governor of the State of Texas,<br><br>*Defendants*. | Civil Action No. EP 21-cv-173-KC |

## NOTICE OF PENDING ADMISSION

Undersigned counsel hereby notifies the Court that on September 16, 2021, pursuant to the Court's order of August 11, 2021, ECF No. 28, she applied for admission to the bar of this Court and the application is still pending.

       Respectfully submitted,

       s/ *Lori H. Windham*
       Lori H. Windham
       The Becket Fund for Religious Liberty
       1919 Pennsylvania Ave., NW
       Suite 400
       Washington, DC 20006
       Tel.: (202) 955-0095
       Fax: (202) 955-0090
       lwindham@becketlaw.org

       *Counsel for Amicus Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September 2021, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alexander K. Haas
Jean Lin
Zachary A. Avallone
Brian Boynton
Michael Joseph Gerardi
Elliott M. Davis
Joshua M. Kolsky
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Tel.: 202-305-7664
Fax: 202-616-8470
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for Plaintiff*

Judd E. Stone
Patrick K. Sweeten
William T. Thompson
Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: 512-463-2100
Fax: 512-457-4410
Email: judd.stone@oag.texas.gov

*Attorneys for Defendants*

                                                  /s/ *Lori H. Windham*
                                                  Lori H. Windham