IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § § § § | |
| **Plaintiff,** | § | |
| **v.** | § § § | **CAUSE NO. EP-21-CV-173-KC** |
| **THE STATE OF TEXAS and GREG ABBOTT, in his official capacity as Governor of the State of Texas,** | § § § § § § § | |
| **Defendants.** | § | |
| | | |
| **ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; and FIEL HOUSTON,** | § § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CAUSE NO. EP-21-CV-178-KC** |
| **GREG ABBOTT, in his official capacity as Governor of the State of Texas; and STEVEN MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety,** | § § § § § § § § § | |
| **Defendants**. | § | |

## ORDER

On this day, the Court considered Plaintiffs Angry Tias & Abuelas of the Rio Grande

Valley, Annunciation House, FIEL Houston, Jennifer Harbury's ("Nonprofit Plaintiffs") Motion

for Preliminary Injunction ("Motion"), ECF No. 58.  In their Motion, the Nonprofit Plaintiffs

1

seek to enjoin Defendants from enforcing Executive Order GA-37, arguing that they are likely to succeed on the merits of their constitutional challenge to GA-37, Mot. 8–18, and that absent an injunction, they will suffer irreparable harm, Mot. 18–20.  The Nonprofit Plaintiffs thus ask the Court to "enjoin the executive order in its entirety."  Mot. 20.

On August 26, 2021, the Court granted Plaintiff United States of America's Emergency Motion for a Temporary Restraining Order or Preliminary Injunction in this case.  ECF No. 52. There, the Court ordered that "Defendants, their agents, officers, and employees, and all other persons and entities in active concert or participation with them are enjoined from taking any action to enforce the executive order."  *Id.* at 18.  The Court further ordered that the "preliminary injunction shall remain in force until resolution of this action on the merits."  *Id.* at 19.  As such, the Court has already issued the preliminary relief sought by the Nonprofit Plaintiffs in this Motion.  Therefore, the Nonprofit Plaintiff's Motion, ECF No. 58, is **DENIED** as moot.

**SO ORDERED.**

SIGNED this 12th day of January, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2