# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF TEXAS; GREG ABBOTT, in his official capacity as Governor of Texas,<br><br>Defendants. | Case No. 3:21-cv-173-KC (Consolidated) |
| ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; FIEL HOUSTON,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; STEVEN MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY,<br><br>Consolidated Defendants. | Case No. 3:21-cv-00178-KC |

## GOVERNOR GREG ABBOTT'S NOTICE OF APPEAL

TO THE HONORABLE KATHLEEN CARDONE, U.S. DISTRICT JUDGE:

Notice is hereby given that Defendant Governor Greg Abbott hereby appeals to the United States Court of Appeals for the Fifth Circuit from the trial court's Order signed on February 17, 2022 granting in part and denying in part Defendant's Motion to Dismiss (Dkt. # 83).

Dated: March 18, 2022                    Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief, General Litigation Division

*/s/ Amy S. Hilton*
**AMY S. HILTON**
Assistant Attorney General
General Litigation Division
State Bar No. 24097834
Amy.Hilton@oag.texas.gov

**WILLIAM D. WASSDORF**
Assistant Attorney General
General Litigation Division
State Bar No. 24103022
Will.Wassdorf@oag.texas.gov

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**COUNSEL FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was filed electronically via CM/ECF on March 18, 2022 causing electronic service on all counsel of record.

*/s/ Amy S. Hilton*
**Amy S. Hilton**
Assistant Attorney General
