**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| § | | |
|   Plaintiff, § | | |
| § | | |
| v. § | **CAUSE NO. EP-21-CV-173-KC** | |
| § | | |
| **THE STATE OF TEXAS and GREG ABBOTT, in his official capacity as Governor of the State of Texas,** § § § | | |
| § | | |
|   Defendants. § | | |

| | | |
|---|---|---|
| **ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; and FIEL HOUSTON,** § § § § § | | |
| § | | |
|   Plaintiffs, § | | |
| § | | |
| v. § | **CAUSE NO. EP-21-CV-178-KC** | |
| § | | |
| **GREG ABBOTT, in his official capacity as Governor of the State of Texas; and STEVEN MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety,** § § § § § § § | | |
| § | | |
|   Defendants. § | | |

# ORDER

On this day, the Court considered Defendants' Agreed Motion to Stay Litigation ("Motion"), ECF No. 98. Defendants ask the Court to stay all deadlines for three months, while the parties continue to discuss a potential settlement. Mot. 2. Defendants have conferred with counsel for the United States and the Private Plaintiffs, all of whom agree to the stay. *Id.* at 3.

Upon due consideration, the Motion is **GRANTED**.  All deadlines and proceedings in this matter are **STAYED** until **May 15, 2024**.  If the parties agree to a settlement before that date, they shall **FILE** notice of the same **no later than three days** after agreeing on the settlement.

**IT IS FURTHER ORDERED** that the parties shall meet, confer, and submit a joint report of parties' planning meeting as specified in the Court's Standing Order on Pretrial Deadlines by **no later than May 15, 2024**, if a settlement has not been reached by that date.

**IT IS FURTHER ORDERED** that Defendant McGraw shall file a Response to the Motion for Reconsideration, ECF No. 95, by **no later than May 15, 2024**, if a settlement has not been reached by that date.

**SO ORDERED.**

SIGNED this 16th day of February, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE