IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CAUSE NO. EP-21-CV-173-KC** |
| **THE STATE OF TEXAS and GREG ABBOTT, in his official capacity as Governor of the State of Texas,** | § § § § § | |
| Defendants. | § | |
| | | |
| **ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; and FIEL HOUSTON,** | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | **CAUSE NO. EP-21-CV-178-KC** |
| **GREG ABBOTT, in his official capacity as Governor of the State of Texas; and STEVEN MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety,** | § § § § § § § | |
| Defendants. | § | |

# ORDER

The parties have submitted a Report of Parties' Planning Meeting, ECF No. 105. The Report of Parties' Planning Meeting is **ADOPTED** and the Court orders the following deadlines:

| | |
|---|---|
| Defendants' Deadline to File Answers: | June 24, 2024 |
| Plaintiffs' Deadline to File Motions for Summary Judgment: | August 23, 2024 |

| | |
|---|---|
| Defendants' Deadline to File Responses to Plaintiffs' Motions for Summary Judgment: | October 22, 2024 |
| Defendants' Deadline to File Cross-Motions for Summary Judgment: | October 22, 2024 |
| Plaintiffs' Deadline to File Replies in Support of the Motions for Summary Judgment: | November 21, 2024 |
| Plaintiffs' Deadline to File Responses to the Cross-Motions for Summary Judgment: | November 21, 2024 |
| Defendants' Deadline to File Replies in Support of the Cross-Motions for Summary Judgment: | December 23, 2024 |

The above deadlines give the parties ample time to develop their arguments regarding summary judgment in this case. Indeed, these deadlines provide the parties with far more time to submit and respond to motions for summary judgment than is ordinarily allowed. *See* W.D. Tex. L.R. CV-7(d)(2) (allowing fourteen days to file a response to a Motion for Summary Judgment); Standing Order on Pretrial Deadlines (Dec. 14, 2015) (requiring parties to submit motions for summary judgment within one month after the discovery deadline), https://perma.cc/SG5R-WC9M. Accordingly, **absent exceptional circumstances, the Court will not extend the above deadlines**.

**SO ORDERED.**

SIGNED this 28th day of May, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE