UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; and FIEL HOUSTON,<br><br>Consolidated Plaintiffs,<br>v.<br><br>THE STATE OF TEXAS and GREG ABBOTT, in his official capacity as Governor of the State of Texas,<br><br>Defendants,<br><br>STEVEN MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety,<br><br>Consolidated Defendant. | 3:21-cv-00173-KC (Consolidated) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action based on following understanding:

1. On July 30, 2021, the United States filed this action against the State of Texas and Governor Greg Abbott to challenge an executive order, GA-37, which mandates, among other things, that "[n]o person, other than a federal, state, or local law-enforcement official, shall provide ground transportation to a group of migrants who have been detained by [U.S. Customs and Border Protection] for crossing the border illegally[.]"

The United States simultaneously sought emergency relief, which the Court granted. *See United States v. Texas*, No. EP-21-CV-173-KC, 2021 WL 3362598, at *1 (W.D. Tex. Aug. 3, 2021) ("TRO"); *see also* 557 F. Supp. 3d 810 (W.D. Tex. 2022) ("PI Order").

2.   The Court later denied Defendants' motion to dismiss, *see* 586 F. Supp. 3d 574 (W.D. Tex. 2022) ("MTD Order"), and Defendants answered the complaint on June 24, 2024. ECF No. 110. The parties have since completed briefing on cross-motions for summary judgment.

3.   On March 5, 2025, the Court issued an order noting the change in Administration and requiring the United States to address any changes to the positions set forth in its Motion for Summary Judgment, including "whether it intends to continue pursuing its claims in this matter." ECF No. 143.

4.   The United States has conferred with the State of Texas and Governor Abbott. The State of Texas represents:

  i. Governor Abbott lacks authority to enforce GA-37 in a way that impedes federal immigration operations or affects the ability of the Federal Government and its contractors to perform their duties under immigration laws;

  ii. GA-37 is not intended to impede federal immigration operations or affect the ability of the Federal Government and its contractors to perform their duties under immigration laws; and

  iii. the State of Texas, its officers, agents, employees, and all other persons and entities in active concert with the State will not enforce GA-37 against the Federal Government or federal contractors whom the Federal Government uses to transport noncitizens.

5.   In light of the foregoing, the parties agree that dismissal of the action without further litigation is appropriate. Accordingly, the parties hereby stipulate to the dismissal of this case.

DATED:  April 30, 2025					Respectfully submitted,

Yaakov Roth
Acting Assistant Attorney General

Alexander Haas
Director, Federal Programs Branch

/s/ Jean Lin
JEAN LIN
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel: (202) 514-3716
Fax: (202) 616-8470
E-mail: jean.lin@usdoj.gov

*Attorneys for Plaintiff United States of America*

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney General

Ryan Walters
Deputy Attorney General for Legal Strategy

Ryan G. Kercher
Chief, Special Litigation Division

/s/ Zachary L. Rhines
Zachary L. Rhines
Special Counsel
Texas State Bar No. 24116957
zachary.rhines@oag.texas.gov

Kyle S. Tebo
Special Counsel
Texas State Bar No. 24137691
kyle.tebo@oag.texas.gov

Office of the Attorney General of Texas
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

*Counsel for Defendants*