IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO. EP-21-CV-173-KC |
| THE STATE OF TEXAS and GREG ABBOTT, in his official capacity as Governor of the State of Texas, | § § § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; and FIEL HOUSTON, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CAUSE NO. EP-21-CV-178-KC |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas; and STEVEN MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety, | § § § § § § § § | |
| Defendants. | § § | |

## ORDER

On this day, the Court considered the United States' Stipulation of Dismissal, ECF No. 146. Following a change in administration and discussions with the State of Texas and Governor Greg Abbott, the United States no longer wishes to pursue its claims in this matter. *Id.* ¶¶ 3–5. It has therefore stipulated with Defendants to dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id.* ¶ 5.

Accordingly, the Court **ORDERS** that, in accordance with Rule 41(a), all claims brought by the United States against Defendants are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the United States' Motion for Summary Judgment, ECF No. 121, is **DENIED** as moot.

However, the claims of the Private Plaintiffs—Annunciation House, Angry Tias & Abuelas of the Rio Grande Valley, Jennifer Harbury, and FIEL Houston—remain pending.

Therefore, the preliminary injunction enjoining "Defendants, their agents, officers, and employees, and all other persons and entities in active concert or participation with them . . . from taking any action to enforce [Executive Order GA-37]"—remains in effect.  *See* Aug. 26, 2021, Order 19, ECF No. 52 ("[T]his preliminary injunction shall remain in force until resolution of this action on the merits."); *see also* Jan. 12, 2022, Order 1–2, ECF No. 81.

**SO ORDERED**

**SIGNED this 1st day of May, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE